No. 11–6524. ELLARD v. GEORGIA. Super. Ct. Ga., Douglas County. Certiorari denied.

No. 11–6535. CHINEA v. SMITH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–6537. EASTERLING v. SIARNICKI ET AL. C. A. 7th Cir. Certiorari denied.

No. 11–6543. UNDERWOOD v. PROSPER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–6549. CHUNG KAO v. KNOWLES, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–6551. OWENS v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–6559. AMOS v. JONES, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 11–6563. BROWN v. ARKANSAS DEPARTMENT OF HUMAN SERVICES ET AL. C. A. 8th Cir. Certiorari denied.

No. 11–6565. PARKER v. CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 11–6572. LAND v. TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 11–6582. MILLER v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 11–6586. DAVIS v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–6592. KING v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.